**THE LAW OFFICES OF ALBERT VAN-LARE**
**125 MAIDEN LANE, SUITE 510, NEW YORK, NEW YORK 10038**
Tel. 212 608-1400 Fax 877-505-6103 Email vanlareesq@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

Honorable Judge Valerie E. Caproni
United States District Court Judge
United States District Court
Southern District of New York

**MEMO ENDORSED**

November 19, 2026

**RE: 1:25-cv-08550-VEC: *Vincent Morgan v. West Harlem Development Corporation***

**Request to Adjourn Conference**

Dear Judge Valerie E. Caproni,

I represent the Plaintiff in this matter and, with the Defendant's consent, write to the Court to request that the Joint Conference scheduled for Friday, December 4, 2026, at 10:30 a.m. be adjourned for 60 days. I am scheduled to undergo heart bypass surgery on November 24, 2026. My surgeon has advised me that I will need approximately eight weeks to recover fully and return to work. I respectfully request that the Court grant the parties a 60-day extension of the Joint Conference scheduled for Friday, December 4, 2026.

Thank you for your attention to this matter.

Respectfully submitted,

Albert Van-Lare

Albert Van-Lare

Via ECF and Email:
**WEST HARLEM DEVELOPMENT CORPORATION**
Joseph Anci, Esq.
666 Third Avenue, 29th Floor
New York, NY 10017
(212)-545-4057
Joseph.Anci@jacksonlewis.com
*Counsel for Defendant West Harlem Development Corporation*

Application GRANTED. The conference scheduled for December 4, 2026, is ADJOURNED to **Friday, February 5, 2027, at 10:30 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007. The parties must file an updated joint letter, *see* Dkt. 22, by **Thursday, January 28, 2027**.

SO ORDERED.

11/23/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE